IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-172-F-3

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| FARRAH MICHELLE HARRELL ) | |
| ) | |

This matter is before the court *sua sponte*. A sentencing hearing in this case is scheduled for June 10, 2016. The U.S. Probation Office indicates that the Government has filed a written objection to application of the "safety valve" provision of U.S.S.G. § 5C1.2 in this case. The Government is hereby DIRECTED to submit a sentencing memorandum to the court addressing this objection no later than June 1, 2016.

SO ORDERED.

This the 26th day of May, 2016.

JAMES C. FOX
Senior U.S. District Judge