IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15-CR-172-F-3

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| FARRAH MICHELLE HARRELL | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 503 in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 17th day of June, 2016.

_James C. Fox_
JAMES C. FOX
Senior United States District Judge